MAY IRENE LAFFERTY, an Infant, by WILLIAM H. LAFFERTY, her Guardian ad Litem, Respondent, *v.* THIRD AVENUE RAILROAD COMPANY, Appellant.

*Lafferty* v. *Third Ave. R. R. Co.*, 85 App. Div. 592, affirmed.
(Argued October 30, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* 'and *Henry A. Robinson* for appellant.

*Albert A. Wray* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.